# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MURRAY, | CV F- 02-5978 AWI DLB P |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | |
| CAL TERHUNE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. section 1983. Pending before the Court is the amended complaint, filed April 3, 2003. The amended complaint appears to state a cognizable claim for retaliation against defendants Terhune, Lewis, Allen, Wallace, Corley and Comaites.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants Terhune, Lewis, Allen, Wallace, Corley and Comaites.

2. The Clerk of the Court shall send plaintiff six (6) USM-285 forms, six (6) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed April 3, 2003.

3. Within THIRTY (30) DAYS from the date of this Order, plaintiff shall complete the

1 attached Notice of Submission of Documents and submit the completed Notice to the
2 Court with the following documents:
3     a.    Completed summons;
4     b.    One completed USM-285 form for each defendant listed above; and
5     c.    Seven (7) copies of the endorsed amended complaint filed April 3, 2003.
6     4.    Plaintiff need not attempt service on defendants and need not request waiver of
7 service. Upon receipt of the above-described documents, the court will direct the
8 United States Marshal to serve the above-named defendants pursuant to Federal Rule
9 of Civil Procedure 4 without payment of costs.
10     5.    <u>The failure to comply with this Order will result in a Recommendation that this action
11 be dismissed.</u>
12     IT IS SO ORDERED.
13     **Dated:**    <u>**April 6, 2006**</u>    <u>**/s/ Dennis L. Beck**</u>
    3c0hj8                                                   UNITED STATES MAGISTRATE JUDGE