IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **HENRY MURRAY,** | Case No. 1:02-cv-5978-AWI-DLB (PC) |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADING** |
| v. | |
| **CAL TERHUNE, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING**, the Court grants Defendants' request for an extension of time in which to file a responsive pleading. Defendants have to and including Wednesday, September 6, 2006, in which to file a responsive pleading.

IT IS SO ORDERED.

02pc5978.ext.murray.omw.wpd

*[Proposed] Order Granting Extension of Time to File Responsive Pleading*

1

1 |     **Dated:**    **August 2, 2006**                         **/s/ Dennis L. Beck**
3c0hj8                                                  UNITED STATES MAGISTRATE JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28