BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
BARBARA A. MORRIS, State Bar No. 137680
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
 Fax: (916) 324-5205

Attorneys for Defendants Allen, Corley,
Lewis, Terhune and Wallace
SA2006302161

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **HENRY MURRAY,**<br><br>                            Plaintiff,<br><br>       v.<br><br>**CAL TERHUNE, et al.,**<br><br>                            Defendants. | CASE NO. 1:02-cv-5978-AWI-DLB (PC)<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME** |

**GOOD CAUSE APPEARING**, the Court grants Defendants' request for an extension of time in which to file a responsive pleading. Defendants have to and including Friday, October 6, 2006, in which to file a responsive pleading.

IT IS SO ORDERED.

   Dated:   **September 5, 2006**            /s/ Dennis L. Beck
3c0hj8                                UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order Granting Second Extension of Time*

1