UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MURRAY, | 1:02-cv-05978-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 35) |
| vs. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS** (Doc. 28) |
| CAL TERHUNE, et al., | |
| Defendants. | |

Plaintiff, Henry Murray ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 27, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On July 19, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.   The
6  objections do not provide a basis to not adopt the Findings and
7  Recommendations.
8      Accordingly, IT IS HEREBY ORDERED that:
9      1.  The Findings and Recommendations, filed June 27, 2007,
10         are ADOPTED IN FULL;
11     2.  Defendants' motion to dismiss on the basis that
12         plaintiff did not exhaust his claims of retaliation
13         against defendants is GRANTED as to defendants Allen,
14         Comaites, Lewis, and Terhune only, and DENIED as to
15         defendant Corley;
16     3.  Defendants' motion to dismiss on the basis that the
17         operations procedure and regulation under which
18         plaintiff's property was confiscated were reasonably
19         related to legitimate penological interests and
20         therefore is lawful is GRANTED;
21     4.  Defendants' motion that plaintiff's claims regarding
22         the inmate appeal process should be dismissed against
23         defendants Terhune, Lewis, Comaites, and Allen only is
24         GRANTED, and DENIED as to defendant Corley;
25     5.  Defendants' motion that plaintiff's claims regarding an
26         unauthorized deprivation of property is not a violation
27         of rights of the Fourteenth Amendment is GRANTED; and,
28     6.  Defendants' motion to dismiss claims for damages

1 against defendants in their official capacity is
2 GRANTED.
3
4 IT IS SO ORDERED.
5 **Dated:   September 14, 2007**              /s/ Anthony W. Ishii
                                             UNITED STATES DISTRICT JUDGE

3