IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MURRAY, | CASE NO. 1:02-CV-05978 LJO DLB P |
| Plaintiffs, | ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION TO COMPEL |
| vs. | TWENTY DAY DEADLINE |
| CAL TERHUNE, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Now pending before the court is defendants' motion to compel, filed June 16, 2008. Plaintiff has not filed a response to defendants' motion.

Plaintiff is HEREBY ORDERED to file a response to defendants' motion within twenty (20) days of this order. If Plaintiff fails to comply with this order, this court may issue Findings and Recommendations recommending that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   July 22, 2008              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE