1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   HENRY MURRAY,                              1:02-cv-05978-LJO-DLB (PC)

12           Plaintiff,                         ORDER GRANTING PLAINTIFF'S FIRST
                                                MOTION TO EXTEND TIME TO
13        vs.                                   RESPOND TO DEFENDANTS' MOTION
                                                TO COMPEL
14   CAL TERHUNE, et al.,
                                                (DOCUMENT #48)
15           Defendants.
                                                TWENTY DAY DEADLINE
16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On August 13, 2008,  plaintiff filed a motion to extend time to file a response to

19   defendants' motion to compel.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted twenty (20) days from the date of service of this order in which to

22   file a response to defendants' motion to compel.

23

24

25          IT IS SO ORDERED.

26          Dated:   **August 19, 2008**              _____ **/s/ Dennis L. Beck**_____
                                                      UNITED STATES MAGISTRATE JUDGE
27

28