IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MURRAY, | 1:02-cv-05978-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL |
| vs. | |
| CAL TERHUNE, et al., | (DOCUMENT #50) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 19, 2008, plaintiff filed a motion to extend time to file a response to defendants' motion to compel. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to defendants' motion to compel.

IT IS SO ORDERED.

Dated:   **September 24, 2008**               **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE