# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MURRAY,<br><br>            Plaintiff,<br><br>     v.<br><br>CAL A TERHUNE, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:02-cv-005978-LJO-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>THIRTY (30) DAY DEADLINE |

   Plaintiff Henry Murray("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 15, 2008, defendants filed a motion for summary judgment (Doc. 47).   Plaintiff has not yet filed an opposition or statement of non-opposition.

   Accordingly, Plaintiff is HEREBY ORDERED to file a response to defendants' motion for summary judgment within thirty (30) days of service of this order.  Plaintiff is advised that failure to comply with this court order will result in the recommendation that this action be dismissed with prejudice for failure to obey a court order.


   IT IS SO ORDERED.

   Dated:   **October 27, 2008**                    **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE

1