# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MURRAY, | CASE NO. 1:02-cv-005978-LJO-DLB PC |
| Plaintiff, | ORDER REQUIRING STATUS UPDATE FROM DEFENDANTS |
| v. | |
| CAL A TERHUNE, et al., | FIVE (5) DAY DEADLINE |
| Defendants. | |

Plaintiff Henry Murray("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2008, the Court ordered plaintiff to file a response to defendants' motion to compel within thirty (30) days. (Doc. 44). After obtaining two extensions of time, plaintiff still has not filed a response with the Court.

Defendants are to file a status report, indicating whether they have received plaintiff's response to their motion to compel, within five (5) days of service of this order.

The Court shall rule on the pending motion to compel in due course.

IT IS SO ORDERED.

Dated:   **November 7, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1