# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MURRAY, | CASE NO. 1:02-cv-05978-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING |
| v. | MOTION FOR SUMMARY JUDGMENT |
| CAL. A. TERHUNE, et al., | (Doc. 59) |
| Defendants. | |

_____/

Plaintiff Henry Murray, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 3, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations, filed February 3, 2009, is adopted in full;

2.     Defendants' motion for summary judgment, filed August 15, 2008, is DENIED.


IT IS SO ORDERED.

**Dated:     March 12, 2009**             _____/s/ Lawrence J. O'Neill_____
                                          UNITED STATES DISTRICT JUDGE