# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MURRAY, | CASE NO. 1:02-cv-05978-LJO-DLB PC |
| Plaintiff, | ORDER CROSS-DESIGNATING CASE TO JUDGE VADAS FOR SETTLEMENT |
| v. | ORDER SETTING SETTLEMENT CONFERENCE BEFORE JUDGE VADAS ON MAY 19, 2009, AT 9:00 A.M., AND REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS TO JUDGE VADAS ON OR BEFORE MAY 5, 2009 |
| CAL. A. TERHUNE, et al., | |
| Defendants. | |

On March 9, 2009, the parties filed a stipulation to refer the case to United States Magistrate Judge Vadas or United States Magistrate Judge Kellison for settlement. (Doc. 61). Accordingly, it is HEREBY ORDERED that:

1. This case is cross-designated to the Honorable Nandor J. Vadas for settlement purposes only;

2. The settlement conference shall be conducted on May 19, 2009, at 9:00 a.m. before Judge Vadas at California State Prison-Solano;[1]

3. Within **twenty (20) days** of the settlement conference, Judge Vadas shall file a report in this case indicating the outcome of the settlement proceedings; and

4. On or before May 5, 2009, Plaintiff and Defendants shall submit confidential

---

[1] By separate order, the transportation of Plaintiff for the settlement conference will be arranged.

1

settlement conference statements **by mail** to:

United States Magistrate Judge Nandor J. Vadas
P.O. Box 1306
Eureka, CA 95501-1038.

IT IS SO ORDERED.

 **Dated:     March 12, 2009**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE