# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MURRAY, | CASE No.: 1:02-cv-05978-LJO DLB PC |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE ORDER |
| v. | |
| TERHUNE, et al., | (Doc. 63) |
| Defendants. | |

Plaintiff Henry Murray ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On March 13, 2009, the Court issued an order cross-designating the case to Judge Vadas for settlement and setting a settlement conference for May 19, 2009 before Judge Vadas at California State Prison - Solano. (Doc. 63.)

On March 25, 2009, Plaintiff indicated a strong preference to have the settlement conference held at the California Substance Abuse Treatment Facility in Corcoran, California. (Doc. 64.) It is the Court's understanding that the Honorable Judge Kellison conducts settlement conferences in Corcoran and both parties had previously stipulated to proceed before Judge Kellison for possible settlement of this case. (Doc. 61.)

///
///
///
///

1

1 | Accordingly, the order setting a settlement conference before Judge Vadas, filed on March
2 | 13, 2009, is HEREBY VACATED.  By separate order, the Court shall cross-designate this case to
3 | Judge Kellison for settlement purposes.
4 | IT IS SO ORDERED.
5 | Dated: **April 14, 2009**             /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE