# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MURRAY, | CASE NO. 1:02-cv-05978-LJO DLB PC |
| Plaintiff, | ORDER CROSS-DESIGNATING CASE TO JUDGE KELLISON FOR SETTLEMENT |
| v. | ORDER SETTING SETTLEMENT CONFERENCE BEFORE JUDGE KELLISON |
| TERHUNE, et al., | ON APRIL 28, 2009, AND REQUIRING |
| Defendants. | DEFENDANTS TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE |
| | STATEMENTS TO JUDGE KELLISON ON OR BEFORE APRIL 24, 2009 |
| _____/ | |

Based on a stipulation by Plaintiff Henry Murray and Defendants, both parties indicated

that a settlement conference with Judge Kellison may be beneficial in resolving this case.

Accordingly, it is HEREBY ORDERED that:

1.      This case is cross-designated to the Honorable Craig M. Kellison for settlement

        purposes only;

2.      The settlement conference shall be conducted on April 28, 2009 before Judge

        Kellison in California Substance Abuse and Treatment Facility in Corcoran,

        California[1]; and

//

//

_____

[1] The Court will notify the parties at a later date of the exact time of the settlement conference when such information is available.

1

1    3.    On or before April 24, 2009, Defendants shall submit a confidential settlement

2          conference statement by e-mail to law clerk Adam Burns at:[2]

3          ABurns@caed.uscourts.gov

4      The Court is informed that within **thirty five (35) days** after the settlement conference,

5    Judge Kellison shall file a report in this case indicating the outcome of the settlement

6    proceedings.

7      IT IS SO ORDERED.

8      **Dated:    April 21, 2009**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    [2] At the time of service of this order, Plaintiff's facility was in lockdown and Adam Burns was unable to
communicate with Plaintiff.  The Court is informed that Judge Kellison will attempt to communicate with Plaintiff
28    regarding his confidential conference settlement statement prior to the settlement conference.

2