# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MURRAY, | CASE NO. 1:02-cv-05978-LJO-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION PURSUANT TO PARTIES' STIPULATION OF DISMISSAL |
| v. | (Doc. 67) |
| TERHUNE, et al., | |
| Defendants. / | |

Pursuant to the stipulation of dismissal by the parties, filed on April 30, 2009, the above action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   May 1, 2009**                    **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE